UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NOVARTIS AG, *et al.*, <br><br> *Defendants*. | No. 3:26-cv-00160-MPS <br><br><br><br><br><br> February 4, 2026 |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Julie Beberman as counsel for the Plaintiff Territory of the Virgin Islands in this action.

Counsel from the Connecticut Office of the Attorney General have appeared in this case, and attorneys from that office serve as local counsel for the Plaintiff States.

Respectfully submitted,

GORDON RHEA, ESQ.
ATTORNEY GENERAL DESIGNEE

**Dated**: February 4, 2026        **BY**:   */s/ Julie Beberman*
Julie Beberman
VI Bar No. 670 (phv208295)
Assistant Attorney General
Department of Justice
6151 Estate LaReine
Kingshill VI  00850
julie.beberman@doj.vi.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2026, a copy of the foregoing Notice of Appearance was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Julie Beberman*
                              Julie A. Beberman
                              Asisstant Attorney General