UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NOVARTIS AG, *et al.*, <br><br> *Defendants*. | No. 3:26-cv-00160-MPS <br><br><br><br><br> February 6, 2026 |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Anthony R. Juzaitis as counsel for the Plaintiff State of New Mexico in this action.

Counsel from the Connecticut Office of the Attorney General have appeared in this case, and attorneys from that office serve as local counsel for the Plaintiff States.

                                             STATE OF NEW MEXICO
                                             RAÚL TORREZ, ATTORNEY GENERAL

                                         By: *Anthony R. Juzaitis*
                                                Anthony R. Juzaitis
                                                PHV No. 209017
                                                Deputy Director of Consumer Protection
                                                NEW MEXICO DEPARTMENT OF JUSTICE
                                                408 Galisteo St Santa Fe, NM 87501
                                                Tel: (505) 651-7565
                                                AJuzaitis@nmdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a copy of the foregoing Notice of Appearance was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Anthony Juzaitis
        Anthony Juzaitis
        Deputy Director of Consumer Protection

        Counsel for Plaintiff State of New Mexico