**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

THE STATE OF CONNECTICUT, *et al.*,

*Plaintiffs*,

v.

NOVARTIS AG, *et al.*,

*Defendants*.

No. 3:26-cv-00160-MPS

**SANDOZ DEFENDANTS' MOTION TO STAY MOTION TO DISMISS BRIEFING PENDING SETTLEMENT APPROVAL**

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule 7(b), Defendants Sandoz AG and Sandoz Group AG (together, the "Sandoz Defendants") in the above-captioned matter respectfully move this Court, with the consent of the Plaintiff States, for an order granting a stay of their motion to dismiss briefing deadlines pending this Court's approval of the Plaintiff States settlement with Sandoz Inc. in three related matters. In support of this Motion, Sandoz Defendants represent as follows:

1. The Plaintiff States filed the Amended Complaint on February 23, 2026. ECF No. 59.
2. The Sandoz Defendants filed their Motion to Dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(2) and (b)(6) on May 6, 2026. ECF No. 100.
3. The Plaintiff States filed a consent motion to extend the briefing schedule on the Sandoz Defendants' motion to dismiss under Federal Rule of Civil Procedure 6(b) requesting to respond to Sandoz Defendants' Motion to Dismiss on or before June 17, 2026, and for Sandoz Defendants' Reply to be due on or before July 22, 2026. ECF No. 101.
4. This Court granted Plaintiff States' consent motion to extend the briefing schedule. ECF No. 102.

5. The Plaintiff States filed the opposition brief on June 17, 2026, which included 47 pages of briefing and 59 exhibits that spanned over 500 additional pages. ECF No. 114.
6. The Sandoz Defendants filed their first consent motion to extend the briefing schedule requesting a 30-day extension to file their reply to the Plaintiff States' Opposition brief by August 21, 2026. ECF No. 117. The Sandoz Defendants had good cause to seek this relief in order to adequately address the volume of arguments set forth in the Plaintiff States' opposition brief and accompanying exhibits.
7. The Court granted the Sandoz Defendants' consent motion to extend the briefing schedule. ECF No. 118.
8. The Sandoz Defendants filed their second consent motion to extend the briefing schedule requesting a 60-day extension to file their reply to the Plaintiff States' Opposition brief by August 21, 2026. ECF No. 124. The Sandoz Defendants had good cause to seek this relief in order to allow for the finalization of the proposed settlement, which, if approved, will result in dismissal of this action. The Sandoz Defendants sought the extension to preserve party resources as well as judicial economy by avoiding potentially unnecessary briefing while the settlement papers were being completed.
9. The Court granted the Sandoz Defendants' consent motion to extend the briefing schedule until October 20, 2026. ECF No. 126.
10. On October 01, 2026, the State of North Dakota (on behalf of the Plaintiff States) filed a Motion for Preliminary Approval of their settlement with Sandoz Inc. in three related matters in front of this Court, 3:20-cv-00802, ECF No. 1535; 3:19-cv-00710, ECF No. 999; 3:16-cv-02056, ECF No. 1038. The motion includes a copy of the Settlement Agreement

as exhibit 1. The Sandoz Defendants are named as released parties in the Settlement Agreement.

11. There is good cause to stay briefing pending approval of the proposed settlement. The Sandoz Defendants seek this stay to continue to preserve the resources of the Court and the parties. Should it be necessary to reinstate any of the above deadlines at a future date, the Sandoz Defendants will confer in good faith to establish deadlines that will allow the matter to proceed expeditiously.

WHEREFORE, the Sandoz Defendants respectfully request that the Court grant this Motion for a stay together with such other and further relief as the Court deems appropriate.

Dated: October 15, 2026

*/s/ David L. Axelrod*

David L. Axelrod (admitted *pro hac vice*)
Jason A. Leckerman (admitted *pro hac vice*)
Emilia L. McKee Vassallo (admitted *pro hac vice*)
Elizabeth P. Weissert (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-665-8500
F: 215-864-8999
AxelrodD@ballardspahr.com
LeckermanJ@ballardspahr.com
McKeeVassalloE@ballardspahr.com
WeissertE@ballardspahr.com

*Attorneys for Sandoz AG and Sandoz Group AG*

**CERTIFICATE OF SERVICE**

I, David L. Axelrod, certify that on October 15, 2026, I have caused to be filed the foregoing Sandoz Defendants' Motion to Stay Pending Settlement Approval using the CM/ECF system which will send notification of such filing via email to all parties.

*/s/ David L. Axelrod*
David L. Axelrod (admitted *pro hac vice*)