**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STATE OF CONNECTICUT, et al.,<br>*Plaintiffs,*<br>*v.*<br>NOVARTIS AG, et al.,<br>*Defendants.* | Civ. 3:26-cv-00160-MPS<br><br>**MOTION TO STAY DEADLINES** |

**PLAINTIFF STATES' & DEFENDANT NOVARTIS AG'S JOINT MOTION TO STAY DEADLINES PENDING SETTLEMENT**

Defendant Novartis AG and Plaintiff States Connecticut, Alaska, Arizona, California, Colorado, Delaware, the District of Columbia, Idaho, Illinois, Indiana, Iowa, Kansas, the Commonwealth of Kentucky, Maine, Maryland, the Commonwealth of Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, the Commonwealth of the Northern Mariana Islands, Ohio, Oklahoma, Oregon, the Commonwealth of Pennsylvania, the Commonwealth of Puerto Rico, Rhode Island, South Dakota, Tennessee, the United States Virgin Islands, Vermont, the Commonwealth of Virginia, Washington, West Virginia, Wisconsin, and Wyoming ("Plaintiff States") respectfully request that the Court stay, pursuant to D. Conn. L. Civ. R. 7(b), all deadlines in the above-captioned action between Plaintiff States and Novartis AG until the Court has reached a decision on entry of the final settlement.

In support of this request, the parties represent as follows:

1. Novartis AG's original deadline to file its motion to dismiss or otherwise respond in the above-captioned case was September 1, 2026. Dkt. 102.
2. On August 19, 2026, the Court granted a stay of all deadlines as to Novartis AG until

October 20, 2026, pending settlement. Dkt. 126.

3. On October 1, 2026, the State of North Dakota (on behalf of the Plaintiff States) filed a Motion for Preliminary Approval of their settlement with Sandoz Inc. in three related matters in front of this Court, 3:20-cv-00802, ECF No. 1535; 3:19-cv-00710, ECF No. 999; 3:16-cv-02056, ECF No. 1038. The motion includes a copy of the Settlement Agreement as Exhibit 1. Novartis AG is named as a released party in the Settlement Agreement. 3:20-cv-00802 ("*Sandoz*") Dkt. 1535, 1537.

4. On October 1, 2026, the Court set a deadline of October 15, 2026 for any objection to the proposed settlement. No such objection was filed. *Sandoz* Dkt. 1544.

5. On October 16, 2026, the Court granted Plaintiff States' Motion for Preliminary Approval of Settlement with Sandoz, Inc. *Sandoz* Dkt. 1571.

There is good cause to stay the deadlines for the parties' motion to dismiss briefing in this action to allow for final approval of the settlement. If final approval of the settlement is granted, it will result in dismissal of this action. Thus, the parties seek this stay in order to preserve the resources of the Court and the parties. The moving parties did not request agreement or objection from the other defendants in the above-captioned case, Sandoz AG and Sandoz Group AG, because the deadlines at issue in this motion do not apply to those defendants. This stay shall not apply to any deadlines other than those between these parties. Should the Court not grant final approval of the settlement and it becomes necessary to reinstate any of the above deadlines at a future date, the parties will confer in good faith to establish deadlines that will allow the matter to proceed expeditiously.

WHEREFORE, Novartis AG and the Plaintiff States jointly request that the Court stay all deadlines in the above-captioned action as to Novartis AG until the Court has reached a decision on final approval of the settlement. Should the Court not grant final approval of the settlement, the

parties will submit a proposed briefing schedule within fourteen (14) days of the Court's denial of the settlement.

[1] The Court set a deadline only for Novartis AG's opening motion. Dkt. 102.

Dated: October 19, 2026

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ *David R. Marriott*
David R. Marriott
*Admitted Pro Hac Vice*: ct22448
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: david.marriott@lw.com

Marguerite M. Sullivan
*Admitted Pro Hac Vice*: phv209610
Allison B. Smith
*Admitted Pro Hac Vice*: phv209612
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: marguerite.sullivan@lw.com
Email: allison.smith@lw.com

Heather A. Waller
*Admitted Pro Hac Vice*: phv209611
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: heather.waller@lw.com

*Attorneys for Novartis AG*

WILLIAM TONG
ATTORNEY GENERAL
STATE OF CONNECTICUT

*/s/ Amy Taylor*[2]

Amy Taylor
Federal Bar No. ct32278
Assistant Attorney General
Nicole Demers
Deputy Associate Attorney General
Federal Bar No. ct27223
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5030
Fax: (860) 808-5391
Amy.Taylor@ct.gov
Nicole.Demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

[2] Counsel for Plaintiff State of Connecticut represents the consent of all Plaintiffs in the above-captioned case pursuant to Section XI.D. of the Electronic Filing Policies and Procedures.